# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JASON DUNLAP | : | No. 17-305 |

## ORDER

AND NOW, this 15th day of May, 2020 upon consideration of Defendant's Motion for Pretrial Release (Doc. No. 48), the Government's Response in Opposition to Motion for Release (Doc. No.51), the defense supplemental reply and the Government's letter update of May 7, 2020, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE