### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | **CRIMINAL NUMBER 17-305** |
| | : | |
| **JASON DUNLAP** | : | |

### O R D E R

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Defendant's Motion for Pretrial Release to Electronic Monitoring, and the government's response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The defendant shall be released from detention on the following pretrial conditions:

1. The defendant shall reside at 324 Turnpike Street, Milesburg, PA 16853, and shall be under home confinement with electronic monitoring.

2. The defendant shall not possess any firearms or ammunition.

3. The defendant shall surrender any passport and shall not apply for a passport.

4. The defendant shall report to pretrial services as directed and shall be subject to random urinalysis testing.

5. The defendant shall participate in a drug treatment program if deemed necessary by the United States Pretrial Services Office.

6. The defendant shall not commit any federal, state or local crimes while on pretrial release.

7. The defendant's travel, to the extent authorized by the United States Pretrial

Services Office consistent with home confinement, shall be restricted to the Eastern District of Pennsylvania.

It is so **ORDERED**.

**BY THE COURT:**

_____
**THE HONORABLE GENE E.K. PRATTER**
**United States District Court**