# EXHIBIT

# A

324 Turnpike St.

PO Box 8992

Milesburg, PA 16853


Oct 17, 2022


The Honorable Gene E.K. Pratter

10613 United States Courthouse

601 Market St.

Philadelphia, PA 19106


Dear Judge Pratter,


I am Jason Dunlap's mother and I am writing to ask you to please consider sending him home on bail.  I desperately need him home.

A little family history...Both his father (Dave) and I grew up poor in rural central Pennsylvania but we had a good life.  After Dave and I married, some of our siblings seemed to think we had a golden life. Truth be told – we worked hard for everything we had.  I waitressed for over 20 years, getting up at 4:45 AM six days a week to open the restaurant. I am now 67 years old and still working full time as a realtor. Dave started a commercial refrigeration business in 1987 and worked so hard to support us that sometimes middle class almost felt like upper class.  He was a good father, a good husband and a good provider.  Sometime around 2010 he had a medical incident and had to have a MRI or CAT SCAN.  I don't remember which one it was and those records have disappeared but the technician told us to be aware that there was evidence of some "brain shrinkage".  Things began noticeably going downhill just a few years ago.  I don't have any medical expertise but the stress of Jason's over 5 years in federal detention has surely played a part.

I first addressed my concerns about my husband's mental decline with our primary care physician. Dave was scheduled for a routine well care visit and she told me that she would be doing some preliminary testing at that time.  His test results showed some cause for concern and he was referred to a neurologist.  It took six months to get that appointment and he saw Dr Case for the first time in March of this year.  He didn't do well on the cognitive tests that she administered and she ordered an EEG and MRI.  She also prescribed Donepezil (a drug used to improve mental function in Alzheimer patients) and an antidepressant.  He returned for a follow up visit in early August and again did not do well on the cognitive tests.  I was present for both these visits and Dr Case would ask me specific questions about Dave's behavior while he was sitting there beside me.  It was not a situation where I could answer candidly.  I felt forced to downplay his behavior.  As his condition worsened, I made an appointment

with the neurologist so I could tell her how he was actually doing and asked her specifically for a diagnosis. She said that he has Alzheimer's disease and his symptoms are also consistent with vascular dementia. She is on the lookout for any progression to Parkinson's or Lewy Body. She prescribed 25 mg Seroquel to help with sleep disturbances and has since increased that dosage to 50mg because it just wasn't doing enough. She is planning to add another drug, Memantine in an attempt to slow any further progression of his disease at his next appointment in late November.

I love my husband. I love my son. I love this family. I need some support. I need Jason here not only for help with day-to-day chores but even more importantly to lean on for emotional support and to be a buffer between his father and me. Dave denies that he has any mental deficiencies and says that I am making things up. He thinks that I am "in cahoots" with the neurologist to make him look bad. He has not been physically abusive but he can be verbally very hurtful. He had a bout of covid in August and a bout of pneumonia in September. He lost 11 pounds in that same timeframe bringing him down to a whopping 118 pounds. I have become the enemy in his eyes. He does not comprehend that I actually am his advocate. His neurologist told me that the deterioration in his frontal lobe won't allow him to make that connection. I try to console myself that I am the closest to him and therefore I am his closest target but I can't deny that it hurts me.

For about 5 months now, I have been struggling with an autoimmune disease (undifferentiated connective tissue disease) that makes it painful to walk and hinders my overall mobility. I am seeing a rheumatologist who said he can't be sure if stress caused the onset of my condition but it certainly exacerbates it. We are where we are and I'm doing all I can to get through but it's taking a toll. Having Jason home would bring both Dave and I some peace that we desperately need. I also believe that it would give Dave some extra years of viability.

Jason would, of course, be available to testify as he promised he would, should the Harris case ever come to trial but if you could please, please send him back to us, it would change our lives so very much for the better.

I thank you in advance for your consideration and for your compassion.

Sincerely,

Shirley Dunlap

# EXHIBIT

# B

October 29, 2022

Honorable Judge Pratter,

My name is Jason Dunlap.  I pleaded guilty before you in March of 2018.  I wrote to you once before in late 2019 on behalf of my longtime cellmate, Jesse Houston.  Today I am writing to tell you about the grief my parents are experiencing at home.

Both my parents came from large families with little means.  They each worked very hard in life to give my sister and me a better childhood than they themselves knew.  My mother, Shirley woke before dawn to wait tables at State College's famous Corner Room.  My father, David started his own small business, Dunlap Refrigeration.  His gold work van with the windowless sliding door, adorned with my mother's hand painted handyman caricature could be seen visiting establishments all over town for years to come. The two of them made a great team. From this my sister, Emily and I had bicycles to ride, instruments to play, vacations in the summer and presents under the tree.  There was love in the house. There was help at the drop of a hat.  We were a strong close family.  My parents and I have stayed close throughout my life.  I am amazingly lucky to have them.

I was arrested in August of 2017 and found myself at Philadelphia FDC shortly after.  Once cleared for visits, my folks would make the trip down from the State College area every other week – 50 visits in all before Covid 19 shut them down.  That first year, just before his birthday, Poppa was getting a kick out of singing us those familiar lines, "Will ya still need me, will ya still feed me when I'm 64?"  I also remember during those early trips, my dad coming back from "shopping" at the visiting room vending machines with a brown packet of Peanut Chews and happily exclaiming "Look!  They never had these before!"  Only they had. We had. And I replied, "No Pop.  Remember you got those last time?"  Then again the next visit, "Hey look what they got – Peanut Chews!"  "Yes Pop, you've bought those the last few times", my mother and I exchanging looks….  Your Honor, my father has Alzheimer's disease.

In 2020 with his disease progressing, he shut down his business and retired.  Citing Covid 19 as his reason, he was able to save face with his longtime clients.  We knew better.  Simple jobs had become overwhelming.  He would fret and openly worry about routine fixes, eventually declining the work altogether.  Once retired he seemed to lose purpose.  He shies away from house and yard work.  He has stopped taking care of himself, often times going days without a shower or changing clothes until my mother is forced to ask him to please do that and that usually starts an argument.  He no longer eats properly, believing he already has or simply forgetting.  In August both my parents contracted Covid 19. My father weighed 129 lbs at the doctor's office that day.  In September he caught pneumonia and was down to a mere 118 lbs. His number one objective everyday now is to get in front of the TV and watch old episodes of "Gunsmoke" and "The Andy Griffith Show."

The most upsetting change I've seen however, is the way he treats his wife of over 40 years.  My mother's days now more closely resemble nightmares.  Having long ago given up her server's sneakers for a real estate license, not only does she work full time with Re/Max, but she has been relegated to

running the entire household as well.  She must do the meal planning, grocery shopping, cooking, cleaning and laundry or none of it gets done.  She does all this and is greeted with disdain and scowls from my father.  He believes her to be in cahoots with his doctors.  He denies there is anything wrong with him. One night she cooked the two of them a special dinner and after coaxing him to come eat with her, he made a plate , turned to make sure that she was watching and threw the whole lot in the garbage can. On bad days Mama has to threaten to cry to keep him from climbing on the roof to "chase away the squirrels".  On bad nights she lies in bed trying to sleep, forced to listen as he mumbles and talks to no one in the living room.  On bad days I must call home time after time again working to end a fight.  On bad days my mother cries as she drives home from errands or appointments.  On bad nights, although my father has never raised a hand to her, I insist she lock her bedroom door.

My sister is no help.  With all this going on and her son sitting in federal detention, Mama finally called Emily asking for help.  Now to be fair, my sister has two daughters at home aged 12 and 16 and lives two hours away but her answer "I really don't see what I can do" is not good enough.  My mother deserves better than that.

I will do much better than that.  If I am added to the household, it changes the whole dynamic.  I have a calming effect on my father.  He does not blame me for his inabilities the way he inexplicably blames my mother.  I will act as a buffer between the two.  I have completely overhauled my lifestyle  during these past five years in detention.  I am proudly, as of today October 29, 2022, 77 months opoid free, clean and sober.  I exercise six days a week and track my calories and macronutrients in a food diary.  I crossword by day and read books before bed every night.  In optimistic anticipation of going home, I have recently read the following books dealing with Alzheimer's and diet: " The China Study", "How to Feed a Brain", "The Mind-Gut Connection", "The Blue Zones", and "Keep Sharp".  Both my mother and father have agreed to cleaning up their diets and exercising with me on a regular basis – though I should probably get the latter in writing….

My mother has been amazing, patient and strong but she can't do it alone.  The father I've known all my life is still in there.  He needs me.  I am going to find him. I will make sure he eats well.  I will intervene when he makes poor or dangerous plans.  I will help with the yard and housework, shovel the driveway and clear off the vehicles.  I will add good at-home years to his life.  I will give my mother a chance to believe in the future again.


Thank you for your consideration,



Jason Dunlap

# EXHIBIT

# C

# CENTRE COUNSELING ASSOCIATES

Walter B. Morrison M.Ed., LPC, CACD, CCJP
103 East Beaver Avenue   Suite 5   State College, Pa. 16801
Office: (814) 861-2055   Fax: (814) 861-2055
Emergency: (814) 238-1018
Email: skipmor2@netscape.net

To Whom it May Concern:                                        4/28/2022

      I have worked with Jason Dunlap for approximately 2 years via phone sessions.  Jason has always been very willing to discuss in these sessions the various issues that have affected his life thus far.  He has been very willing to work on these issues that were shaping his life to find a better and more productive way forward.  We have built a positive relationship and I am willing and able to provide these services to Jason upon his release from incarceration.  During these sessions, I have observed marked progress in his understanding of the substance use issues and what is needed for him to begin a new and productive life upon his release from custody.

      I believe this whole experience that he has undergone will help him to make better choices in his life going forward.  We also have discussed him getting involved with Pennsylvania Office of Vocational Rehabilitation for possible funding so he can continue his education.  I will be providing this counseling on an outpatient basis in my office. On a weekly basis.  I also attached a copy of my credentials for your review.  If you have any questions, please feel free to contact me at the above listed address or phone.

Sincerely,

Walter B. Morrison M.Ed.,LPC,CACD,CCJP

# CENTRE COUNSELING ASSOCIATES

Walter B. Morrison M.Ed., LPC, CACD, CCJP
103 East Beaver Avenue   Suite 5   State College, Pa. 16801
Office: (814) 861-2055   Fax: (814) 861-2055
Emergency:  (814) 238=1018
Email: skipmor2@netscape.net

## Professional Credentials

**Bachelors of Arts – B.A.**  From The Pennsylvania State University in Political Science with a Pre-Law Emphasis

**Bachelors of Arts – B.A.**  From The Pennsylvania State University in American Studies

**Minor: -** From The Pennsylvania State University in Quantitative Analysis with Computer Applications

**Masters Degree - M.Ed.**  From The Pennsylvania State University in Counselor Education with the Rehabilitation Option and a Chemical Dependence Emphasis

**Chemical Dependency Core Studies Certificate:**   From The Pennsylvania State University Department of Counselor and Rehabilitation Education

**LPC - Pennsylvania Licensed Professional Counselor – Professional License Number PC003162**
Licensed by the Commonwealth of Pennsylvania - Department of State - Bureau of Professional and Occupational Affairs – The State Board of Social Workers, Marriage and Family Therapists and Professional Counselors

**CACD - Certified Addictions Counselor Diplomate – Certification Number 4678**
Certified by the Pennsylvania Certification Board

**CCJP – Certified Criminal Justice Addiction Professional – Certification Number 5095**
Certified by the Pennsylvania Certification Board

**ICAADC – International Certified Advanced Alcohol and Other Drug Abuse Counselor**
Certified by The International Certification & Reciprocity Consortium Alcohol and Other Drug Abuse Inc.

**Outpatient Facility License – Division of Drug and Alcohol Programs Outpatient Facility License –** Pennsylvania Department of Health – **Facility License No. 147032**

# EXHIBIT

# D

To Whom It May Concern:

      My name is Deva Girouard. I have known Jason Dunlap for five years now. We met at a restaurant we both were cooks at in our home town of State College. We immediately became friends. Jason is to this day one of the best kitchen managers I have ever had the pleasure of working for. He has an incredible way with people. He can make anyone feel special and highlight anyone's positive traits, while being able to give constructive criticism in such a helpful way you always walked away feeling great about yourself. Jason is one of the kindest hearted, good intentioned people I have ever known.

      After several months of being close friends Jason and I fell in love and began to date. I moved in with Jason shortly after. It was over the next few months after that I started to see how sick Jason was. How much his addiction controlled his life in almost every aspect. From waking up in the morning, and immediately getting sick from withdraw symptoms. To choosing to spend money on drugs rather than what normal people consider essentials like food, electricity, gas, his mortgage. One morning he told me that when he's sick he would drive through red lights on his way to "get well" because he felt too awful to care if he died or not at that moment in time. Despite seeing all this. Watching how addiction can take you over I was stupid enough to start using as well.

      Over the next three years we were both pulled deeper into a hole of our own creations. We found friends with the same "hobbies" as us. We formed a warped kind of community with these people. Within the group were several young addicts, including Jeremy Alterio. Jeremy worked at the same restaurant as Jason and me. This is how we met him. This group of about seven people would all multiple times a week pull whatever little money we had to make trips down to Philadelphia. Jason was the only one within our group of friends that had access to a vehicle that could make such trips. Before every trip Jason would drive from one end of town to the other gathering up everyone's money for their purchases.

      The last trip that Jason took down to Philadelphia I rode along with him. I had just gotten out of rehab a couple weeks before and wasn't using anymore but I wanted to spend the day with Jay so I drove with him. On our way we got a very unnerving phone call from another member of our friend group. He informed us that he thought Jeremy at overdosed the night before. We were all immediately terrified for our friend. About an hour later we had met up with some guy, made the buy, and turned to get back on the road. A few minutes of driving and we were getting pulled over by detectives. That day will forever haunt me. I was terrified. I was heartbroken over Jeremy's death. I was ready for us to move on from this horrible world we had been living in.

      Not long after this day Jason and I did just that. We moved away. To the west coast where I still reside to this day. We stopped using all illegal drugs. We got good jobs and started once again being productive members of society. We began to set down roots. For about a year and a half we met many wonderful people that became what we referred to as our "West Coast Family." We were finally normal. Finally, just regular people again. No addictions to impair our lives, our potential.

      Unfortunately, just as we were getting really comfortable in our new life, Jason got picked up and thrown back into the crazy world he worked relentlessly to get away from. This is why I write to you today. So you can hopefully understand a little better what life was like when it is completely controlled by an addiction, like Jason's was. He never made money off of selling drugs, most of the time he barely had enough money to keep himself from being sick. Every day was a constant struggle for Jason. He was in a prison of his own making for years.

This is something he has claimed responsibility for time, and time again. I now come ask you today to please consider these facts when deliberating the length on time Jason will, in my eyes, be doubling down on his punishment when it comes to his addiction. Going through the daily nightmare was hard enough. It was never glamorous. Jason has not been free for a very long time. Long before he was incarcerated.

I hope my words can help illustrate this fact for you. Jason is a good man. Strong, dependable, hardworking, loving, passionate, and overwhelmingly kind. Please do not let this disease (addiction) define him any other way.

Thank you for you time. If you would like to contact me further my telephone number is (503)-956-4200. I would love to elaborate on any of the above subjects as well as answer any questions that may arise while reading this. The more I can say about Jason the more everyone will see he is a truly good hearted person. Thank you again.

Sincerely,
Deva Daria Kadar Girouard

# EXHIBIT

# E

POSITIVE DECISION REPORT

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

Justification Report

| 1. Institution: PDC Philadelphia | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Dunlap, Jason | 3. Register Number<br>80441-065 | 4. Date of Incident<br>9-26-2018 | 5. Time |
| 6. Place of Incident | 7. Assignment working | 8. Unit  4 North | |

9. Positive Behavior Demonstrated in Institution
Related to ISDS:

☐ Daily Living Skills
☐ Mental Health Skills
☐ Wellness Skills
X Interpersonal Skills
X Academic Skills

X Cognitive Skills
☐ Vocational/Career Skills
☐ Leisure Time Skills
X Character Skills

10. Justification (Description of Positive Behavior)
IM Dunlap #80441-065 has been working for the Education Department as a tutor for the last several months.
He spends a majority of his time helping students.  Dunlap is very organized and goes out of his way
to be sure anyone who needs help studying his given the proper time and attention needed.  He is a great
communicator and helped disseminate information on the unit.  Dunlap tutored a student who passed all
but the final math test due to being transferred before testing was completed.

| 11. Printed Name/Signature of Reporting Employee<br>K. Lindley SOE | | 12.Date    09-26-2018 |
|---|---|---|
| 13. Approved by (Signature and title)<br>Unit Manager | 14. Date | |

# Demonstrated Reentry Skills

This certificate is awarded in recognition of
demonstrating notable reentry skills at the
Federal Detention Center, Philadelphia, PA

# EXHIBIT

# F

Dear Judge Pratter,                    October 10, 2018

Since I have been incarcerated with Jason, he has exhibited the qualities of not only a model prisoner, but a kind, cordial and compassionate human being. He consistently helps anyone in need, including myself. Jason is assisting me and others with obtaining our GEDs. Helping someone obtain a monumental feat such as this one is quite an honorable and humble act of pure kindness and compassion.

Both myself and Jason have struggled with addiction. Addictive substances can completely change the user's life for the worse. It is up to them and only them to correct their problem. Recovering is difficult, frustrating, and sometimes both emotionally and physically painful. However, it is a process. Jason has begun that process already. I fully expect him to rehabilitate and to reassimilate back into his beloved community. He has identified his mistakes and is certainly learning from them so he does not reoffend. In many instances, experience is the best teacher.

It is for these reasons that I plead for Your Honor to have mercy on Jason during his sentencing.

Best of regards,
Jonathan Hudson

Dear Judge Pratter,

I am writing on behalf of Jason Dunlap. We have been cellmates since Oct 2017. I remember when Jason first walked on the block. You can tell when a guy is "seasoned". Jason clearly is not. His first cellmate tried to take advantage of that fact. I heard what happened, talked to Jason and we have been friends ever since. Having your freedom taking away and placed into this enviornment is very difficult for all the obvious reasons. Having someone like Jay to be able to talk to and rely on helps a lot.

After meeting Jason's parnets on a visit it was easy to see where he has gotten his good qualities. When he says he will do something. He does it. Like becoming the tutor for GED. Which isn't easy when half your class speaks only a little English. But, Jason is patient with everyone he comes in contact with. Even when I stop him from reading to ask "How do you pronounce this work?" More times than I would like to admit.

I read more and do crosswords every day from Jason's influence. We actually started a block library and a crossword group. Which is something productive and more fun than ever expected. I know Jason has a hard time with his friend passing away from the drug he himself struggle with. A lot of sleepless nights and heartfelt conversations tell me that.

There are some guys who need long sentences to understand and learn what they did is wrong. I

don't believe Jason is one of those guys. I hope my words help give you a good picture of who Jason really is and have some impact on your decision at sentencing. Thank You For taking the time to read this letter.

Sincerely, Jesse Houston

Honorable Judge Gene, Pratter          9-7-18
                                    Re. Jason Dunlap

Dear Your Honor,

            I am writing you on Behalf
of Jason Dunlap. My name is Andrew Carr
I am currently Back at FDC Philadelphia on
a Writ. I met Jason in May 2018 at FDC
Phila. When I came Here all of my Prope. TY was
left Back at Allenwood how where I HAD spent
the Previous year. Jason introduced Him self to
me and made sure I had some Basic supplies
To Get me thru the next couple of days. Turns
out He Does that for a lot of new guys on the Block
over the Past 4 months, I've seen Him Reach out &
Help many People or Just Be a open Ear to People
To Talk Too. He also Has Family that send
Book's to Him & He always makes sure that Peo
Ple Have Plenty of Reading material. If you need
Something Jason is the Guy To Go To for Help. I've
Also seen Him on a Regular Basis each week
Hold The GED class for Other Inmates looki
To Get their GED. English is a Second language
for Some of these inmates so His Patience &
Work level is very High. I Believe Given the
Opportunity That Jason will continue His Sobriety,
When He Gets out & will Be a Productive membe
of our Work force. Thank You For Your
Consideration

                              1    A. -n. TILle.

# EXHIBIT

# G

Elizabeth M Pierce
603 Locust Lane, State College, PA 16801
814.883.8698

April 25, 2018

Dear Honorable Gene E.K. Pratter,

My name is Elizabeth Pierce and I have known Jason Dunlap since he was about 3 years old. Jason is the son of dear friends and I have had the opportunity to watch him grow from a typical rambunctious and eager young boy, into a hardworking and passionate young man.

As a small child, Jason approached everything in life with wonder and enthusiasm. He was compassionate and caring - for his sibling, friends, family and pets. His life could be considered blessed, compared to many. He has devoted and loving parents who have always been by his side to offer guidance, unconditional love and, when necessary, discipline. Jason knows that he has their full support as he works to rebuild his life.

While still in high school, Jason recognized a passion for cooking and he approached the field head on. He started cooking in local kitchens when a young teenager and he never let go of that passion. He worked for the same company all the way through high school and beyond. His work ethic was beyond reproach, as I watched him often work 60-70-hour weeks, whenever called upon. He was the first person to help his co-workers and they knew they could count on him. This is certainly not the norm for many young people just starting out today. As a Human Resources professional, I see many of our youth with far less surety, thoughtfulness or loyalty towards the path they have chosen. Jason has talent and dedication, and has the desire and ability to be successful.

While I recognize the circumstances, and the severity of the actions that brought Jason to his current crossroads, I am certain that he has the understanding, intelligence and diligence to overcome and become a real contributor, while continuing to move forward to overcome a serious misstep in his life's path. I am hoping that the court will consider the whole person when deciding the future of Jason Dunlap. He is a wonderful young man who, I believe, should have a second chance.

Sincerely,

Elizabeth M Pierce

16 August 2018

Dear Judge Pratter:

My name is Michelle Panulla and I am a Web Developer from Portland, Oregon. I have been a friend of the Dunlap family for nearly twenty years by way of my husband's family. However, when Jason walked through my door in April of 2016, I had never actually met him. I certainly knew of him from time spent with family, but I only had the opportunity to get to know him that spring.

Jason Dunlap is an extraordinary human being. Though I cannot possibly express the many reasons I would make such a statement within the confines of this letter, I will try my best to highlight his character, and the tremendous impact he has made on my life, and the lives of the people around him.

The most concise description of Jason is that he brings out the best in people, not due to any type of prodding or expectation, but simply by his example. People gravitate toward his warmth, encouragement, and humor. When he is present, others put their best efforts into their work and personal lives, because being around him makes one want to do better than the status quo. He demonstrates the concept of continual improvement in ways both large and small. I truly have never met anyone as considerate, generous, and genuinely kind as Jason.

One concrete example of those traits took place on a particularly bitter night in January 2017. That winter was unusually brutal in Portland. A city that rarely saw temperatures below freezing was experiencing regular ice storms and snow. Within ten days of the new year, four of the city's homeless population had lost their lives to hypothermia. Jason worked in an up-and-coming neighborhood, but trekked nightly through far less fortunate areas on his way home from his job. A few nights after the most recent death, I got a text message from him. He was worried about a woman he had encountered who was sleeping on the street. He hadn't passed her by, though, like many others, even concerned people, would do. He stopped, checked that she was okay, and then gave her all the money he had in his pocket and encouraged her to get a hotel room for the night. Jason didn't have extra cash. That $90 would have ensured he could take a cab home and have enough left over for groceries that week. Instead he walked over six miles to his apartment that night, texting me along the way about how he hoped she wouldn't freeze. I have no idea what happened to that woman, but I do know this: nobody died on the streets of Portland that night. I fully believe he saved the life of a stranger he knew he would never see again. That is his nature.

It is also his nature to take care of his loved ones. I benefitted from that every time he would slip a thermos of coffee or a plate of toast next to me while I was working long hours on tight deadlines. I experienced it when he made sure I slept and ate while grieving the deaths of a close friend and my beloved dog, who had passed away on the same afternoon. I was fortunate enough to gain a friend who listened to me, and confided in me, and comforted me... not only when I needed it most, but every single day. There were times when I wouldn't see Jason for

weeks, but he checked in with me daily to make sure I was doing alright and had everything I needed. I am not the only person he treated with such kindness. I witnessed him helping his landlord set heavy pavers in her garden, and later cleaning out a storage unit for her. He never hesitated to help when asked.

It is this understanding of community that demonstrates another aspect of Jason's character: he is not afraid to reach out when he is the one in need. At one point while living in our house, he lost a cousin to pancreatic cancer, the same cancer that had taken my friend from me several months before. He was willing to talk about his grief and lean on me when he needed a shoulder to cry on. Knowing when to ask for support, and accept it wholeheartedly, doesn't come easy to many people. But Jason has set up a support system for himself, made up of loved ones and professionals alike, because he has the strength to show his humanity.

In a recent conversation, I asked Jason's mother how my heart could hurt and be so full at the same time, but I already knew the answer. It hurts for this tragic loss of life. It hurts to witness that intensity of pain. And it hurts to know how much that impacts every person involved, Jason included. But whenever I think of him, I can't help feeling warmth, compassion, and hope, because that is who Jason is. Despite carrying a heavier load than many people could bear, heavier than I know I could bear, he still embodies those qualities completely. He exhibits that kind of resilience. I would say that the world needs people like that, and it does, but it's not enough to say, "people like that". The world needs Jason. I need Jason. Every day he shows me how to love, and trust, and practice kindness. Every day, he makes me a better version of myself.

As you consider his sentence, I ask you to please show Jason the same compassion he has consistently shown his family, friends, and even strangers. Please show him the compassion he has shown me.

Thank you.

Sincerely,

Michelle J. Panulla

Michelle I. Panulla

The Honorable Gene E. K. Pratter,

My name is Peter E Herncane Jr. I am a chef at the Penn Stater Conference Center and Hotel. I have also run various restaurants in State College over the past thirty years. I am involved in Boy Scouts with my sons and I help Coach the YMCA Pioneer Youth Basketball league.

Jason has worked for me in the kitchens of The Allen Street Grill and at Ottos. I have also known his parents Dave and Shirley Dunlap for an even longer time.

I would like to state that Jason has always been a great employee and has a passion for cooking. He was also a good teacher especially with new employees. I have found Jason to be honest and hardworking. He is the kind of guy that gets along with everyone, gets the job done and has a good time while doing it. As I have said Jason worked for me in the past and was always one of the top guys in the kitchen. He is a caring and thoughtful person.

I am aware of Jason's conviction but I still continue to support him and help in anyway I can to help him get better.

Sincerely,

Peter E. Herncane Jr

106 Tug Circle

State College, PA 16801

814-470-6373

May 1, 2018



**HARRISON'S**

Judge Gene E.K. Pratter
c/o Alan J. Tauber
1221 Locust St
Philadelphia, PA 19107

Dear Judge Pratter,

I am writing on behalf of Jason Dunlap as a witness to his character, to be considered during his sentencing hearing. My name is Harrison Schailey, and I am the Chef-Owner of Harrison's Wine Grill & Catering in State College, Pennsylvania. My business has been a part of the State College community for over 15 years, and I have had ties with the community for much longer than that.

Jason was an employee at Harrison's from 2/13/14 until 4/13/14. He left us after this short time period because he was offered a job opportunity with a past employer that he couldn't refuse. While he only worked at Harrison's for a short time, I have known Jason and his family for over 10 years. I have known Jason as an employee and as the son of David Dunlap, who has done work for my business for many years.

During his time working for Harrison's, Jason showed leadership qualities and a good work ethic. He took the initiative to set up organizational systems for our kitchen that we have kept in place ever since he left. He was well-liked by other employees, and if he was available, I would hire him back.

In my opinion, Jason is a good guy that got caught up in a bad situation and did some very regrettable things. I understand he has violated the law and, therefore, must be penalized. However, Jason has many redeeming qualities that I think, after a proper period of rehabilitation, could benefit his community. I, for one, would like to see him given this opportunity sooner rather than later with more lenient sentencing.

Thank you for your consideration in this matter.

Sincerely,

Harrison Schailey
Chef-Owner
Harrison's Wine Grill & Catering

*Eat Well. Drink Well. Every Day!*

1221 East College Avenue, State College, PA 16801 · 814.237.4422                    HarrisonsMenu.com

To the Honorable Gene E.K. Pratter,

First of all, thank you for your time. I imagine you read a lot of letters and I appreciate your consideration of this letter in support of my friend, Jason Dunlap.

My name is Eric Hurvitz. I own a local RE/MAX and have sold real estate for the past 10 years. I live in State College, PA where Jason and I were both raised.

I am a lifelong friend of Jason's and I am writing this letter to help you understand better the Jason I know. As mentioned, I've known Jason almost all of my life. We met in Elementary school and were very close friends all the way through my college years.

I understand that Jason has made some poor choices and has broken the law. I have corresponded with Jason by mail during his incarceration and he has owned his mistakes and realizes that changes need to be made in his life. In my history with Jason I have always found him to be a compassionate person. He had lots of friends, made friends quickly, was always a person to help out when I was in a time of need. Whether it was picking me up when I didn't have a ride or helping with a school project, I knew Jason to be a person that was reliable and solid. Both of my parents were also very fond of Jason and enjoyed his witty nature and respectful disposition.

Jason has an amazing family who is supportive of him and has always provided a loving and caring environment. I am very close to Jason's parents as well and remember wonderful times spent at his house for sleepovers, playing games, riding bikes and generally just being normal kids. Jason was always a great guy to be around. He has a magnetic personality, a great sense of humor and he is one of the brightest people I've ever met.

I've known Jason a long time (over 30 years) and I must say that news of his arrest took me by surprise. The Jason I know would never hurt anyone intentionally. He is compassionate and honorable and like all of us, he has made some mistakes in his life that I'm sure that he regrets. I believe that those mistakes were not a result of his character but instead a byproduct his addiction, which I know that he struggled greatly with.

I hope that you will consider this letter not as an excuse for Jason actions but as a testament to his moral character. I believe strongly that Jason has recognized his errors and is on the path to returning to the light hearted, respectful and honorable person that I grew up with.

Sincerely,

Eric Hurvitz