# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | |
| **JASON DUNLAP** | : | No. 17-305 |

## ORDER

**AND NOW,** this 8th day of November, 2022, upon consideration of Defendant's Motion For Pretrial Release (Doc. No. 76), it is **ORDERED** that the Government shall file a response to the Motion on or before November 14, 2022.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge