IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 17-305 |
| JASON DUNLAP | : |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorneys Joseph Labrum and Faith Moore Taylor on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY


*/s/ Everett Witherell*
EVERETT WITHERELL
Assistant United States Attorney